# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANDRES LOPEZ-CORTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | **MEMORANDUM DECISION<br>AND ORDER**<br><br>**Case No. 1:20-cv-00030-DAK**<br><br>Judge Dale A. Kimball |

Before the Court is Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 21.)  For good cause shown, Defendant's motion is GRANTED.

This civil action is remanded to Defendant for a new decision pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

DATED this 4th day of January, 2021.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge